AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-58 (JFD) |
| GILLIAN SUZANNE ETHERINGTON | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GILLIAN SUZANNE ETHERINGTON,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint

**Count 1**: On or about January 7, 2026, in the State and District of Minnesota, the defendant **Gillian Suzanne Etherington** (YOB 1995), did using a deadly weapon, forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, Special Agent of the United States Immigration and Customs Enforcement Homeland Security Investigations, who were engaged in, and on account of, the performance of official duties, all in violation of Title 18, Section 111(b).

**Count 2**: On or about January 7, 2026, in the State and District of Minnesota, the defendant **Gillian Suzanne Etherington** (YOB 1995), did willfully injure or commit depredation against property of the United States in violation of Title 18, Section 1361.

Date: January 23, 2026

*Issuing officer's signature*

City and State: St. Paul, MN

John F. Docherty, United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*