UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (JFD)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | AMENDED ORDER GRANTING |
| Plaintiff, | ) | GOVERNMENT'S PETITION TO |
| | ) | SEAL DOCUMENTS |
| v. | ) | |
| | ) | |
| GILLIAN SUZANNE ETHERINGTON | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter is before the Court on the Government's Petition to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The Government's petition to seal documents is **GRANTED;**

2. All documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Richard Berger in support thereof, and the Government's Petition to Seal, shall remain sealed until July 23, 2026, or a later date if so granted by a further Order of this Court.

Dated: 1/27/2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA