**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-58 (JFD) |
| | ) | Date: January 28, 2026 |
| Gillian Suzanne Etherington, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 8E |
| | ) | Time Commenced: 3:02 p.m. |
| Defendant. | ) | Time Concluded: 3:05 p.m. |
| | ) | Time in Court: 3 minutes |

APPEARANCES:

Plaintiff: John Torrettini, Assistant U.S. Attorney
Defendant: Lisa Lopez, Assistant Federal Defender
    X FPD            X To be appointed

Date Charges Filed: January 23, 2026            Offense: Using a deadly weapon, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with officers in performance of their official duties in violation of 18:111(b); Count 2: Willfully damaged property of the United States in violation of 18:1361.

        X Advised of Rights

on     X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date TBD for:
    X Preliminary hrg

**X Government moves to unseal the case.     X Granted**

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                    *s/jam*
                                    Signature of Courtroom Deputy