UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILLIAN SUZANNE ETHERINGON,

    Defendant.

**NOTICE OF SUBSTITUTION**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

John R. Arboleda

<u>Remove AUSA</u>

Kristian Weir

Dated: February 5, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY: *s/John R. Arboleda*
John R. Arboleda
Special Assistant U.S. Attorney