UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-mj-58 (NEB/DTS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **GILLIAN ETHERINGTON'S** |
| | ) | **MOTION TO DISMISS FOR** |
| GILLIAN ETHERINGTON, | ) | **DUPLICITY** |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 8(a), Gillian Etherington, moves this Court for a dismissal of the information for duplicity.  Ms. Etherington asks this Court for leave, pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, to file this untimely motion as there is good cause. *See United States v. Salgado-Campos*, 442 F.3d 684, 686 (8th Cir. 2006).  Prior to the hearing Ms. Etherington was unaware that the Government was charging her with two distinct offenses in a single count.  Only after the Government confirmed on record that the information covered two separate offenses was Ms. Etherington aware of the duplicitous nature of the information.

Federal Rule of Criminal Procedure 8(a) provides that the Government may charge two or more connected offenses, provided each is charged in a separate count. "Duplicity is the joining in a single count of two or more distinct and separate offenses." *United States v. Street,* 66 F.3d 969, 974 (8th Cir.1995) (internal quotations omitted). "The principal vice of a duplicitous indictment is that the jury may convict a defendant without unanimous agreement on the defendant's guilt with respect to a particular offense." *United States v. Karam,* 37 F.3d 1280, 1286 (8th Cir.1994), *cert. denied,* 513 U.S. 1156 (1995).

1

The information in this case alleges a single count in violation of 18 U.S.C. § 111(a)(1).  At the motion hearing on March 17, 2026, the Government represented that the information charges Ms. Etherington with committing two distinct offenses.  Both offenses are assaults pursuant to § 111(a)(1), the first occurring when BPAs attempted to box in Ms. Etherington and she hit their vehicle as she drove away and the second which occurred approximately two miles away when BPAs forcibly removed her from her vehicle.  As the BWC videos submitted at the motion hearing show, these are two distinct and separate offenses contained in a single charged count.  As a result, the information should be dismissed as duplicitous.

Dated:  March 20, 2026.                    Respectfully submitted,

                                           *s/ Aaron J. Morrison*

                                           _____

                                           AARON J. MORRISON
                                           Attorney ID No. 0341241
                                           Attorney for Ms. Etherington
                                           107 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55415