UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

GILLIAN ETHERINGTON,

Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR DUPLICITY**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and John R. Arboleda, Special Assistant United States Attorney, hereby submits its response in opposition to Defendant's Motion to Dismiss for Duplicity. (ECF No.37). The Government opposes this motion for the reasons set forth below.

Etherington moves this Court to dismiss the information on the grounds that the Government's information filed on February 3, 2026, alleges two distinct offenses in a single count. See ECF No. 37.

This motion should be denied as moot. On April 1, 2026, the Government filed a Bill of Particulars clarifying the conduct being charged. (ECF No. 42). The Government's Bill of Particulars makes clear that one single offense of 18 U.S.C 111(a)(1) is being charged. (ECF No. 42). As a result, the Government submits that the issue of duplicity is moot.

## CONCLUSION.

Based on the foregoing, the United States respectfully requests that the Court deny Etherington's Motion to Dismiss for Duplicity. (ECF No. 37).

Dated: April 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/John R. Arboleda*

BY: John R. Arboleda
Special Assistant U.S. Attorney

2