UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-MJ-58 (NEB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO EXCLUDE TIME** |
| v. | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| GILLIAN SUZANNE | ) | |
| ETHERINTON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), Gillian Etherington, moves to exclude 180 days under the Speedy Trial Act, beginning on the date of the Court's Order on this motion. Ms. Etherington needs additional time to confer with counsel and complete negotiations with the Government about next steps. A signed statement of facts in support of the exclusion of 180 days will be filed in accordance with this motion.

Dated: May 13, 2026

Respectfully submitted,

*s/Aaron J. Morrison*

_____

AARON J. MORRISON
Attorney ID No. 0341241
Attorney for Ms. Etherington
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415