UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-58 (NEB/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GILLIAN SUZANNE
ETHERINGTON,

      Defendant.

**NOTICE OF SUBSTITUTION**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Kristian Weir

<u>Remove SAUSA</u>

Jessica A. Stark

Dated: June 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Kristian Weir*
BY: Kristian Weir
Attorney No.: 0396771
Assistant U.S. Attorney
District of Minnesota